No. 13. Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS, UNITED STATES, INTERVENER. In Equity. Order entered November 16, 1925.

The boundary commissioners having this day presented their third report showing further compliance with the decree of March 12, 1923, and particularly that they have run, located and marked upon the ground portions of the boundary line between the States of Texas and Oklahoma from the one hundredth meridian of longitude to the eastern limit of Lamar County, Texas, other than the Big Bend and Fort Augur areas covered by two reports heretofore presented and confirmed;

It is ordered that the report be filed, and that the parties have thirty days from this date within which severally to present any objections which they may have to the report.

---

No. 738. NEW ORLEANS PUBLIC BELT RAILROAD *v.* JAMES DAVIS. Error to the Supreme Court of the State of Louisiana. Motion to dismiss submitted October 26, 1925. Decided November 23, 1925. Dismissed for the want of jurisdiction upon the authority of *Central Land Co.* v. *Laidley,* 159 U. S. 103, 112; *Tracy* v. *Ginzberg,* 205 U. S. 170, 178; *Bonner* v. *Gorman,* 213 U. S. 86, 91; *Milwaukee Electric Ry. Co.* v. *Milwaukee,* 253 U. S. 100, 106. Messrs. *W. L. Gleason* and *E. M. Miner* for defendant in error, in support of the motion. *Mr. Percy S. Benedict* for plaintiff in error, in opposition thereto.